IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | Case No. 3:09-CR-071 |
| ZACHARY HOLBROOK | ) | JUDGE THOMAS M. ROSE |
| | ) | |

## ORDER

Based on the recommendation of Dr. David H. Roush, Certified Sexual Offender Treatment Specialist, the defendant may attend family functions where minors will be present. Mr. Holbrook will be in the presence of other adults and will never be alone with any of the minors. The defendant is hereby granted permission to attend family functions at the discretion of the treatment provider and the probation officer.

So Ordered:

Dated this 19th day of December, 2012

Thomas M. Rose,
United States District Court Judge

CC: Jeffrey Slyman, Defense Counsel
Laura Clemmens, United States Attorney's Office
Melissa R. Dues, United States Probation Office